Submitted on record and briefs January 22, conviction vacated in part and remanded for resentencing; otherwise affirmed February 10, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## DENNIS CLAUDE KNIGHT,
*Appellant.*

### (91-06-34247; CA A73490)

845 P2d 936

Sally L. Avera, Public Defender, and Eric R. Johansen, Deputy Public Defender, Salem, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Chief Judge, and Warren and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for aggravated theft in the first degree, ORS 164.057, and conspiracy to commit aggravated theft in the first degree. ORS 161.450 (2)(b). He contends that the court erred by entering separate convictions. The state concedes that the court erred. ORS 161.485(3).

Conviction for conspiracy to commit aggravated theft in the first degree vacated; remanded for resentencing; otherwise affirmed.